JOHN DICKSON v. STATE.

No. A-8706.   June 28, 1934.
(34 Pac. [2d] 607.)

Finney & Cook and C. D. Wilkinson, for plaintiff in error.

J. Berry King, Atty. Gen., and Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM. Plaintiff in error, hereinafter called defendant, was convicted in the district court of McCurtain county of larceny of an automobile, and sentenced to serve a term of 15 years in the state penitentiary. The

principal contention made is that under the record the punishment assessed is excessive and that justice requires a modification.

We are convinced that under the testimony the conviction should be sustained. The judgment is therefore modified by a reduction of sentence from 15 years in the penitentiary to 5 years, and, as modified, the case is affirmed.